# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FAITH SCHMIDT,**
Appellant,

v.

**ALLISON LENDING LLC,**
Appellee.

No. 4D2025-2488

[May 20, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven Joel Levin, Judge; L.T. Case No. 562024CA001004AXXXHC.

Faith Schmidt, Fort Pierce, pro se.

Aamir Hayat Saeed, Rosenberg & Cummings PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979). We once again warn against the filing of briefs generated by AI that include irrelevant arguments and cases that do not exist. We warn appellant and others filing documents in this Court that they may be sanctioned for similar conduct in the future. *See, e.g., Goya v. Hayashida*, 418 So. 3d 652, 656 (Fla. 4th DCA 2025).

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***